UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GENISE A. PENNANT,

    Plaintiff,

v.                         Case No. 3:12cv444/MCR/CJK

MICHAEL B. DONLEY,
SECRETARY DEPT OF THE AIR FORCE,

    Defendant.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 9, 2013 (doc. 13), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly it is ORDERED:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This cause is DISMISSED WITHOUT PREJUDICE under Local Rule 41.1(B), for plaintiff's failure to comply with an order of the court.

3. The Clerk shall close the file.

**DONE AND ORDERED** this 9th day of August, 2013.

                              s/ *M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**